1076

No. 78-5548. VANDER LINDEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78-5554. RELIFORD v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 78-5555. AKERBLOM v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78-5559. McMAHON v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 78-5562. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78-5564. COX v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78-5570. CRESTA v. MEACHUM, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied.

No. 78-5573. CARRIER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 78-5583. ALVARADO-COLON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78-5599. MEADOWS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78-5605. PARKS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78-5613. VANEK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78-5626. MAHDI v. DUKAKIS, GOVERNOR OF MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.